Dismissed and Memorandum Opinion filed March 5, 2009








Dismissed
and Memorandum Opinion filed March 5, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01137-CV

____________

 

DONNA M. RILEY, Appellant

 

V.

 

CRESCENT CITY APARTMENTS, Appellee

 



 

On Appeal from County Civil Court
at Law No. 2

Harris County, Texas

Trial Court Cause No.
927877

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 24, 2008.  No clerk=s record has been filed.  The clerk
responsible for preparing the record in this appeal informed the court
appellant did not make arrangements to pay for the record.  








On
February 2, 2009, notification was transmitted to all parties of the Court's
intent to dismiss the appeal for want of prosecution unless, within fifteen
days, appellant paid or made arrangements to pay for the record and provided
this court with proof of payment.  See Tex.
R. App. P. 37.3(b).

Appellant
has not provided this court with proof of payment for the record. Accordingly,
the appeal is ordered dismissed.

 

 

PER CURIAM

 

 

 

Panel consists of Justices Frost, Brown, and Boyce.